*Harry Weller*, assistant state's attorney, in opposition.

Decided July 1, 1996

## STATE OF CONNECTICUT *v.* SANTOS MIRANDA

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 41 Conn. App. 333 (AC 14439), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the defendant could not be convicted of violating General Statutes § 53a-59 (a) (3) because he had no legal duty to protect the victim from parental abuse?"

The Supreme Court docket number is SC 15467.

*Robert J. Scheinblum*, deputy assistant state's attorney, in support of the petition.

Decided July 1, 1996